AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>VICTORIA IVONE DELAVILLA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>6:24-mj-1523 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2024__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(5) | Assualt on federal property |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nishandra Rosa, Special Agent
*Printed name and title*

Sworn and attested before me.

Date: 5/15/24

_____
*Judge's signature*

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

VICTORIA IVONE DE LAVILLA

Case No. 6:24-mj-1523

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nishandra Rosa, being duly sworn, state the following:

1. I, Nishandra Rosa, am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed by the FBI for approximately two years. During the course of my law enforcement experience, I have participated in numerous complex investigations with drug trafficking organizations dealing in heroin, cocaine, marijuana, and other controlled substance. I have participated in numerous complex financial crimes involving money laundering, bank fraud and wire fraud.

2. This affidavit is not intended to be a complete and detailed description of all the facts and evidence discovered during this investigation. I have set forth only the information I believe is necessary to establish the required foundation for the issuance of the Complaint requested.

3. This affidavit is being submitted for the purpose of obtaining a criminal complaint charging Victoria Ivone De LaVilla (DE LAVILLA) with assault on federal property in violation of 18 U.S.C. § 113( 5). That statute prohibits and

1

provides punishment for assaults within the maritime and territorial jurisdiction of the United States.

4. On or about May 14, 2024, the FBI received a referral from the Brevard County Sheriff's Office through the Patrick Space Force Base located in Brevard County. This referral identified an incident or incidents that occurred at an address on Mermaid Cove on Patrick Space Force Base. Patrick Space Force Base is federal property and is in the territorial jurisdiction of the United States.

5. The referral identified an individual, Victoria Ivone DE LAVILLA, who lived with a male veteran partner on the base. The male veteran had made a complaint about DE LAVILLA that she was physically abusive towards him and towards a 9-year-old minor female who lived with them on the base. DE LAVILLA lived with the male veteran and the minor female. The male veteran's complaint about DE LAVILLA included photos of injuries that the minor female sustained, and videos taken on a home security camera system.

6. In one video of an incident occurring at some point in April 2024, DE LAVILLA is captured on video striking the 9-year-old minor repeatedly with a belt while the 9-year-old is curled up in a fetal position on the floor. In another video, also captured in April 2024, DE LAVILLA is captured straddling the 9-year-old on the floor of her bedroom and striking her multiple times in the face. DE LAVILLA and the male veteran are heard arguing in both incidences and the male veteran attempts to comfort the 9-year-old after this beating in the bedroom. The referral

also included multiple pictures of the 9-year-old's face showing welts and red bruising. These videos and photos were received by the FBI on May 14, 2024.

7. The male veteran had left the Mermaid Cove address on or about May 1, 2024, and the only occupants since that time were DE LAVILLA and two minor children.

8. On May 14, 2024, the Florida Department of Children and Families went to the address on Mermaid Cove and conducted an interview of the 9-year-old daughter. During this interview, the minor confirmed that DE LAVILLA had struck the minor on more than one occasion.

9. On the evening of May 14, 2024, the FBI arrested DE LAVILLA on Mermaid Cove for assault on federal property. Upon arrest, FBI agents were able to confirm that the incidents occurred at the address on Mermaid Cove based on having viewed the videos of the incidents and seeing the residence. Upon arrest, DE LAVILLA was detained and was provided her *Miranda* rights. She waived those rights. DE LAVILLA admitted that she had struck the minor female on both of the occasions that were recorded on video. DE LAVILLA also admitted that she had struck the male veteran. DE LAVILLA stated that she could remember if there were additional incidents. DE LAVILLA faulted her relationship with the male veteran, the minor being disrespectful and lying, all as causes for her anger the caused her to beat the minor.

10. Based on the facts set forth above, there is probable cause to believe that DE LAVILLA committed assault on federal property against an individual who has not attained the age of 16 years, in violation of 18 U.S.C. § 113(5).

11. This completes my affidavit.

*[signature]*
Nishandra Rosa
Special Agent, FBI

Affidavit signed before me this 15th day of May, 2024.

*[signature]*
LESLIE HOFFMAN PRICE
United States Magistrate Judge

4